478 A.2d 58

Commonwealth v. Lamacchia, Appellant.
Petition for Allowance of Appeal
Denied Oct. 18, 1984.

Submitted February 27, 1984. William D. Kemper, for appellant;

■■■■■■■■■

Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.